IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:16-cv-00138-FDW-DSC

| | |
|---|---|
| ANDREA SPAINHOUR,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., AND<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice asserted by Plaintiff Andrea Spainhour against Defendants Lowe's Companies, Inc. and Lowe's Home Centers LLC, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED that all claims asserted in this suit by Plaintiff are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all fees and costs are to be borne by the party that incurred them.

Signed: January 4, 2018

_____
Frank D. Whitney
Chief United States District Judge

1